IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00123-MSK-MJW**

GARY JUNE, et al.,

Plaintiff(s),

v.

UNION CARBIDE CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion of Defendants Union Carbide and Umetco Minerals to Vacate and Reset July 15, 2005 Status Conference (docket no. 71), is GRANTED, and the status conference scheduled for July 15, 2005 is vacated and rescheduled for September 7, 2005, at 3:00 p.m.  It is FURTHER ORDERED that the parties shall submit a joint status report on or before September 1, 2005.

Date: July 7, 2005