IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00123-MSK-MJW

GARY JUNE, and
SCOTT JUNE, individually and on behalf of the deceased, YVONNE JUNE,
GENE LYNN, individually and on behalf of the deceased, LUCILLE LYNN,
ALVA FORD, individually and on behalf of the deceased, PHYLLIS WEYANT,
RANDY PORTER, and
BARBARA MEYERS, individually and on behalf of the deceased, MINNIE DALE WOODS,
ROBERT SNOW, individually and on behalf of the deceased, PATRICIA JACOBS,
PHYLLIS WILMA DAVIS,
JOSEPH VIGIL,
E. LOUISE WATTS,
JUNELLE WEATHERLY,
ISABELLE WOODEN,
CHERIE ZUSPAN,
DAISY ARNOLD,
BEVERLY BATES,
ROXANNA BRISTOW,
DORIS KAMPLAIN,
PAULA YARDLEY,
VALERIE BOGDAN,
MARTI REED,
JUNE ARGUELLO,
BETTY JANE MCBRIDE,
LAURA O'BRIEN,
OPAL GARCIA,
EMMA HANSEN,
LA VONNE O'BRIEN,
STEPHEN PLACE,
MARY ANN ROMERO,
FRANK SHARP,
LESLIE HENDRICKS,
CHRIS HOLLINGSHEAD,
GILDA HOLLINGSHEAD,
LAURA HUGHES,
ANNE LEMELLE,
ROBIN SEELEY,
SUSANN STEELE,
MICHELLE THOMSON,
PHYLLIS TORIBIO,
LISA WATTS,

KRISTINA BEAM,
TYLER BEAM,
BETTY WHITE,
LONZO YARDLEY,
CRYSTAL BARELA,
TOM BRISTOW,
PATRICIA FROST,
TAMMY TWEEDY,
RHONDA ROHDE,
ANGELA LOPEZ,
ARDITH MAS,
BETH RADUENZ,
GLENNA MCCLAIN,
LISA BACA,
DEBRA BLACK,
EMMA CHAMBERLAIN,
PANSY CISNEROS,
ROSE CLEMENT,
LISA CORTES,
TIFFANY DESEGURANT,
SUSAN DOLLARHYDE,
ELAINE LEHR,
MARTHA LINDSAY,
AUDI LOEHR,
JOAN LONG,
CASEY LONG,
THOMAS LYNN,
NANCY MINGAS,
ROBIN ABRAMSON FOREST,
LINDA GARDNER,
PAM HASKELL,
MARK SALAZAR,
ROBERTA SALAZAR,
BEN SANCHEZ,
LORI SELGADO,
WILLIAM SHARP,
GEORGE SHARP,
JOHN SHARP,
KIRK SHARP,
BRENDA SMITH,
GWENDA GONZALEZ,
CRAIG LONG,
CYNTHIA STARKEY,
DEANNA ADDLEMAN,
SHERRY ALBERTS,

IRIS ALLRED,
LESLIE AMENT,
MARLENE BALL,
EVA BARTLETT,
DONNA BELDEN,
WALLACE BELDEN,
KENNETH BELDEN,
KEITH BELDEN,
BARBARA BERCUME,
JUDY BLACK,
DOROTHY BLAKE,
GUYE BLOOD,
JORDAN BLOOD,
JERRY BLOOD,
JARED BLOOD,
THOMAS BLOOD,
LORNA BOWERSOX,
MADGE BOWERSOX,
CAROLEE BURNETT,
RICHARD BURNETT,
VICTORIA CALL,
CONNIE CAMERON,
GENE CAMPBELL,
ROSE CARRASCO,
ANNE MARIE CHADD,
ALEXIS CLARK,
MARY ELIZABETH CLARK,
TERRY COPE,
PHILIP CRESPIN,
THERESA CURTIS,
IRENE CUTCHINS,
CYNTHIA DAVID,
ALFRED DAVIS,
PAULETTE DAVIS,
SHELBY DAWES,
LYNDA DWORNIK,
JUNE EASTERLY,
EVA ELLIOTT,
BONNIE EMERY,
JOHNIE FERGUSON,
CHRISTOPHER FOSTER,
COLT FREEMAN,
GEORGIA FREEMAN,
BRETT FREEMAN,
VICTOR FRONK,

SARA GILLILIN,
LINDA GRIFFIN,
MICHAEL HALL,
DEBORAH HALL,
MARIE HALL,
IRIS HARVEY,
NINA FAYE HASKELL,
ROBERT VERNI HATCH,
DORA HATCH,
JUDITH HEARN,
CONNIE HECHT,
MARJORIE HECHT,
BARBARA HECHT,
SHARON HOISINGTON,
GERALDINE HOLLINGSHEAD,
KAREN HOLMAN,
GEORGIA HUNT,
JANETTE JAMES,
BETTY JOHNSON,
KENNETH JOHNSON,
BEVERLY JOSLIN,
CHRISTINE KEENER,
BETTY KIKER,
ROXANNA KREBS,
HEATHER LECLAIR,
JONI LEE LEFLER,
LINDA LEWIS,
MARY ELLEN LOVE,
CAROL LOVOI,
MARY LOU LYNN,
CAROL LYNN,
DEBBIE MADDOX,
ILA MALONE,
TED MARTIN,
MARY MARTIN,
JOHN MARTINEZ,
HAZEL MASON,
SHERRIE MCDOWELL,
CLARE MCNEAL,
EDNA MERYHEW,
ALICE MOCKERMAN,
STEPHANIE MORROW,
DORIS NAIL,
KATHERINE NYGREN,
KENT NYGREN,

JAMES O'BRYANT,
SALLY ELAINE OLIVER,
MARGARET ORNDOFF,
SHARON OSBORN,
TREASIA PFIFER,
BECKY PICTOR,
KENNY PRATTE,
MELVIN PRATTE,
EVA MAY PRATTE,
JUDY PROCTOR,
DOROTHY REED,
WANDA REED,
CAROL RICE,
THERESA RICHARDS,
BROOKE ROBERTS,
LEAH ROBERTS,
BRYAN SALAZAR,
CATHERINE SALAZAR,
PATRICK SCHEETZ,
SHERYL SEELEY,
THORTHANE SHARP,
DONNA SIMS,
JODI SKEES,
DEBORAH SKILES,
JOHN SMITH,
FREDDIE SMITH,
VERNON SMITH,
MARGARET SNYDER,
STEPHANIE TATUM,
SHARON THOMPSON,
KARA TOOKER,
CHAR LEE BELLE UNGER,
MARY JANE VIA,
RHONDA WASCHKE,
JIM WAUGH,
LUCILLIE WAUGH-SMITH,
DAVID WELCH-ARGUELLO,
ALVIN WILSON,
JOAN WILSON,
JOHN WILSON, SR.,
BETTY WOOD,
QUINCY WOOD,
NORMA WRIGHT,
NORMA YATES,
CHARLOTTE ZUFELT,

Plaintiffs,

v.

UNION CARBIDE CORPORATION, a New York corporation, AND
UMETCO MINERALS CORPORATION, a Delaware corporation,

Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Plaintiffs' Combined Motion to Alter or Amend Judgment Pursuant to Fed.R.Civ.P.59(E) and/or, In the Alternative, Plaintiffs' Motion for Relief from Order or Judgment Pursuant to Fed.R.Civ.P.60(B) **(#102)** filed January 30, 2006. A review of the motion indicates that Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 31st day of January 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge