IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00123-MSK-MJW

GARY JUNE, and
SCOTT JUNE, individually and on behalf of the deceased, YVONNE JUNE,
GENE LYNN, individually and on behalf of the deceased, LUCILLE LYNN,
ALVA FORD, individually and on behalf of the deceased, PHYLLIS WEYANT,
RANDY PORTER, and
BARBARA MEYERS, individually and on behalf of the deceased, MINNIE DALE WOODS,
ROBERT SNOW, individually and on behalf of the deceased, PATRICIA JACOBS,
PHYLLIS WILMA DAVIS,
JOSEPH VIGIL,
E. LOUISE WATTS,
JUNELLE WEATHERLY,
ISABELLE WOODEN,
CHERIE ZUSPAN,
DAISY ARNOLD,
BEVERLY BATES,
ROXANNA BRISTOW,
DORIS KAMPLAIN,
PAULA YARDLEY,
VALERIE BOGDAN,
MARTI REED,
JUNE ARGUELLO,
BETTY JANE MCBRIDE,
LAURA O'BRIEN,
OPAL GARCIA,
EMMA HANSEN,
LA VONNE O'BRIEN,
STEPHEN PLACE,
MARY ANN ROMERO,
FRANK SHARP,
LESLIE HENDRICKS,
CHRIS HOLLINGSHEAD,
GILDA HOLLINGSHEAD,
LAURA HUGHES,
ANNE LEMELLE,
ROBIN SEELEY,
SUSANN STEELE,
MICHELLE THOMSON,
PHYLLIS TORIBIO,
LISA WATTS,

KRISTINA BEAM,
TYLER BEAM,
BETTY WHITE,
LONZO YARDLEY,
CRYSTAL BARELA,
TOM BRISTOW,
PATRICIA FROST,
TAMMY TWEEDY,
RHONDA ROHDE,
ANGELA LOPEZ,
ARDITH MAS,
BETH RADUENZ,
GLENNA MCCLAIN,
LISA BACA,
DEBRA BLACK,
EMMA CHAMBERLAIN,
PANSY CISNEROS,
ROSE CLEMENT,
LISA CORTES,
TIFFANY DESEGURANT,
SUSAN DOLLARHYDE,
ELAINE LEHR,
MARTHA LINDSAY,
AUDI LOEHR,
JOAN LONG,
CASEY LONG,
THOMAS LYNN,
NANCY MINGAS,
ROBIN ABRAMSON FOREST,
LINDA GARDNER,
PAM HASKELL,
MARK SALAZAR,
ROBERTA SALAZAR,
BEN SANCHEZ,
LORI SELGADO,
WILLIAM SHARP,
GEORGE SHARP,
JOHN SHARP,
KIRK SHARP,
BRENDA SMITH,
GWENDA GONZALEZ,
CRAIG LONG,
CYNTHIA STARKEY,

DEANNA ADDLEMAN,
SHERRY ALBERTS,
IRIS ALLRED,
LESLIE AMENT,
MARLENE BALL,
EVA BARTLETT,
DONNA BELDEN,
WALLACE BELDEN,
KENNETH BELDEN,
KEITH BELDEN,
BARBARA BERCUME,
JUDY BLACK,
DOROTHY BLAKE,
GUYE BLOOD,
JORDAN BLOOD,
JERRY BLOOD,
JARED BLOOD,
THOMAS BLOOD,
LORNA BOWERSOX,
MADGE BOWERSOX,
CAROLEE BURNETT,
RICHARD BURNETT,
VICTORIA CALL,
CONNIE CAMERON,
GENE CAMPBELL,
ROSE CARRASCO,
ANNE MARIE CHADD,
ALEXIS CLARK,
MARY ELIZABETH CLARK,
TERRY COPE,
PHILIP CRESPIN,
THERESA CURTIS,
IRENE CUTCHINS,
CYNTHIA DAVID,
ALFRED DAVIS,
PAULETTE DAVIS,
SHELBY DAWES,
LYNDA DWORNIK,
JUNE EASTERLY,
EVA ELLIOTT,
BONNIE EMERY,
JOHNIE FERGUSON,
CHRISTOPHER FOSTER,

COLT FREEMAN,
GEORGIA FREEMAN,
BRETT FREEMAN,
VICTOR FRONK,
SARA GILLILIN,
LINDA GRIFFIN,
MICHAEL HALL,
DEBORAH HALL,
MARIE HALL,
IRIS HARVEY,
NINA FAYE HASKELL,
ROBERT VERNI HATCH,
DORA HATCH,
JUDITH HEARN,
CONNIE HECHT,
MARJORIE HECHT,
BARBARA HECHT,
SHARON HOISINGTON,
GERALDINE HOLLINGSHEAD,
KAREN HOLMAN,
GEORGIA HUNT,
JANETTE JAMES,
BETTY JOHNSON,
KENNETH JOHNSON,
BEVERLY JOSLIN,
CHRISTINE KEENER,
BETTY KIKER,
ROXANNA KREBS,
HEATHER LECLAIR,
JONI LEE LEFLER,
LINDA LEWIS,
MARY ELLEN LOVE,
CAROL LOVOI,
MARY LOU LYNN,
CAROL LYNN,
DEBBIE MADDOX,
ILA MALONE,
TED MARTIN,
MARY MARTIN,
JOHN MARTINEZ,
HAZEL MASON,
SHERRIE MCDOWELL,
CLARE MCNEAL,

EDNA MERYHEW,
ALICE MOCKERMAN,
STEPHANIE MORROW,
DORIS NAIL,
KATHERINE NYGREN,
KENT NYGREN,
JAMES O'BRYANT,
SALLY ELAINE OLIVER,
MARGARET ORNDOFF,
SHARON OSBORN,
TREASIA PFIFER,
BECKY PICTOR,
KENNY PRATTE,
MELVIN PRATTE,
EVA MAY PRATTE,
JUDY PROCTOR,
DOROTHY REED,
WANDA REED,
CAROL RICE,
THERESA RICHARDS,
BROOKE ROBERTS,
LEAH ROBERTS,
BRYAN SALAZAR,
CATHERINE SALAZAR,
PATRICK SCHEETZ,
SHERYL SEELEY,
THORTHANE SHARP,
DONNA SIMS,
JODI SKEES,
DEBORAH SKILES,
JOHN SMITH,
FREDDIE SMITH,
VERNON SMITH,
MARGARET SNYDER,
STEPHANIE TATUM,
SHARON THOMPSON,
KARA TOOKER,
CHAR LEE BELLE UNGER,
MARY JANE VIA,
RHONDA WASCHKE,
JIM WAUGH,
LUCILLIE WAUGH-SMITH,
DAVID WELCH-ARGUELLO,

ALVIN WILSON,
JOAN WILSON,
JOHN WILSON, SR.,
BETTY WOOD,
QUINCY WOOD,
NORMA WRIGHT,
NORMA YATES,
CHARLOTTE ZUFELT,

    Plaintiffs,

v.

UNION CARBIDE CORPORATION, a New York corporation, AND
UMETCO MINERALS CORPORATION, a Delaware corporation,

    Defendants.

___

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
## FOR A MODIFIED SCHEDULING ORDER
___

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion for a Modified Scheduling Order **(#104).** Having considered the same,

**IT IS ORDERED** that:

(1) Pursuant to the stipulation of the parties, the Motion **(#104)** is **GRANTED, in part**.

(2) The Court's Scheduling Order is modified as follows:

    (a) On or before **February 17, 2006**, the Plaintiffs will identify to the Defendants the Plaintiffs whose claims Plaintiffs' counsel currently reasonably and in good faith believes could survive motions for summary judgment.

   (b) On or before **February 24, 2006**, the Plaintiffs will provide the Defendants with a proposed schedule for the depositions of the identified Plaintiffs.

   (c) No later than **June 15, 2006**, the Plaintiffs shall identify to the Defendants any and all remaining Plaintiffs whose claims Plaintiffs' counsel reasonably and in good faith believe could survive motions for summary judgment. Plaintiffs also shall identify, separately, all Plaintiffs for whom Plaintiffs' counsel do not believe recovery can be obtained in this litigation.

   (d) The deadline for the Plaintiffs' designation of expert witnesses is **August 15, 2006**.

   (e) The deadline for fact witness discovery is **September 1, 2006**.

   (f) The deadline for the Defendants' designation of expert witnesses is **November 15, 2006**.

   (g) The deadline for the Defendants' completion of discovery with regard to the Plaintiffs' experts is **November 15, 2006**.

   (h) The deadline for the Plaintiffs' completion of discovery with regard to the Defendants' experts is **February 13, 2007**.

   (I) All discovery will be completed by **February 13, 2007.**

 (3) Issues pertinent to the scope or scheduling of discovery consistent with this Order will be referred to the Magistrate Judge to whom this case is assigned, but no modification of this Order may be made by the Magistrate Judge. **Furthermore, absent extraordinary circumstances unanticipatable by the parties, these deadlines will not be extended**.

(4) The case management hearing in accordance with Fed.R.Civ.P.16, previously set for September 5, 2006, will take place as scheduled. Counsel shall bring their calendars to such hearing.

(5) Within 7 days of the date of this Order, Plaintiffs' counsel will comply with D.C.COLO.LCivR 6.1 D. and file a certificate of service evidencing same.

Dated this 23rd day of February, 2006.

                    **BY THE COURT:**

*Marcia S. Krieger*

                    Marcia S. Krieger
                    United States District Judge