**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: March 27, 2007 |
| Court Reporter:   Paul Zuckerman | |

Civil Action No. 04-cv-00123-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| GARY JUNE, | J. Douglas McCalla |
| SCOTT JUNE, individually and on behalf of the deceased, | Roy Jacobson, Jr. |
| YVONNE JUNE, | J. Mark Englehart |
| GENE LYNN, individually and on behalf of the deceased, | Rebecca Lorenz |
| LUCILLE LYNN, | |
| ALVA FORD, on behalf of the deceased, | |
| PHYLLIS WEYANT, | |
| RANDY PORTER, | |
| BARBARA MEYERS, on behalf of the deceased, | |
| MINNIE DALE WOODS, | |
| ROBERT SNOW, | |
| PHYLLIS WILMA DAVIS, | |
| JOSEPH VIGIL, | |
| E. LOUISE WATTS, | |
| JUNELLE WEATHERLY, | |
| ISABELLE WOODEN, | |
| CHERIE ZUSPAN, | |
| DAISY ARNOLD, | |
| BEVERLY BATES, | |
| VALERIE BOGDAN, | |
| JUNE ARGUELLO, | |
| BETTY JANE MCBRIDE, | |
| LAURA O'BRIEN, | |
| OPAL GARCIA, | |
| EMMA HANSEN, | |
| LA VONNE O'BRIEN, | |
| STEPHEN PLACE, | |
| MARY ANN ROMERO, | |
| FRANK SHARP, | |
| LESLIE HENDRICKS, | |
| CHRIS HOLLINGSHEAD, | |
| GILDA HOLLINGSHEAD, | |
| LAURA HUGHES, | |
| ANNE LEMELLE, | |
| ROBIN SEELEY, | |
| SUSANN STEELE, | |
| MICHELLE THOMSON, | |

PHYLLIS TORIBIO,
BETTY WHITE,
LONZO YARDLEY,
CRYSTAL BARELA,
GLENNA MCCLAIN,
LISA BACA,
DEBRA BLACK,
EMMA CHAMBERLAIN,
PANSY CISNEROS,
ROSE CLEMENT,
LISA CORTES,
SUSAN DOLLARHYDE,
MARTHA LINDSAY,
AUDI LOEHR,
JOAN LONG,
CASEY LONG,
THOMAS LYNN,
NANCY MINGAS,
ROBIN ABRAMSON FOREST,
LINDA GARDNER,
PAM HASKELL,
MARK SALAZAR,
ROBERTA SALAZAR,
BEN SANCHEZ,
LORI SELGADO,
WILLIAM SHARP,
GEORGE SHARP,
JOHN SHARP,
KIRK SHARP,
BRENDA SMITH,
GWENDA GONZALEZ,
CRAIG LONG,
CYNTHIA STARKEY,
DEANNA ADDLEMAN,
SHERRY ALBERTS,
IRIS ALLRED,
LESLIE AMENT,
MARLENE BALL,
DONNA BELDEN,
WALLACE BELDEN,
KENNETH BELDEN,
KEITH BELDEN,
BARBARA BERCUME,
JUDY BLACK,
DOROTHY BLAKE,
GUYE BLOOD,
JERRY BLOOD,
THOMAS BLOOD,

LORNA BOWERSOX,
MADGE BOWERSOX,
CAROLEE BURNETT,
RICHARD BURNETT,
GENE CAMPBELL,
ANNE MARIE CHADD,
ALEXIS CLARK,
MARY ELIZABETH CLARK,
TERRY COPE,
PHILIP CRESPIN,
THERESA CURTIS,
IRENE CUTCHINS,
CYNTHIA DAVID,
PAULETTE DAVIS,
LYNDA DWORNIK,
JUNE EASTERLY,
EVA ELLIOTT,
CHRISTOPHER FOSTER,
COLT FREEMAN,
GEORGIA FREEMAN,
BRETT FREEMAN,
VICTOR FRONK,
SARA GILLILIN,
MICHAEL HALL,
MARIE HALL,
IRIS HARVEY,
NINA FAYE HASKELL,
JUDITH HEARN,
CONNIE HECHT,
MARJORIE HECHT,
BARBARA HECHT,
SHARON HOISINGTON,
GERALDINE HOLLINGSHEAD,
KAREN HOLMAN,
KENNETH JOHNSON,
BEVERLY JOSLIN,
CHRISTINE KEENER,
BETTY KIKER,
ROXANNA KREBS,
JONI LEE LEFLER,
LINDA LEWIS,
MARY ELLEN LOVE,
CAROL LOVOI,
MARY LOU LYNN,
CAROL LYNN,
DEBBIE MADDOX,
ILA MALONE,
TED MARTIN,

MARY MARTIN,
JOHN MARTINEZ,
SHERRIE MCDOWELL,
CLARE MCNEAL,
EDNA MERYHEW,
ALICE MOCKERMAN,
STEPHANIE MORROW,
KATHERINE NYGREN,
KENT NYGREN,
JAMES O'BRYANT,
SALLY ELAINE OLIVER,
MARGARET ORNDOFF,
SHARON OSBORN,
TREASIA PFIFER,
BECKY PICTOR,
KENNY PRATTE,
MELVIN PRATTE,
EVA MAY PRATTE,
JUDY PROCTOR,
DOROTHY REED,
WANDA REED,
CAROL RICE,
THERESA RICHARDS,
LEAH ROBERTS,
BRYAN SALAZAR,
CATHERINE SALAZAR,
PATRICK SCHEETZ,
SHERYL SEELEY,
THORTHANE SHARP,
JODI SKEES,
DEBORAH SKILES,
FREDDIE SMITH,
VERNON SMITH,
MARGARET SNYDER,
STEPHANIE TATUM,
SHARON THOMPSON,
KARA TOOKER,
CHAR LEE BELLE UNGER,
MARY JANE VIA,
JIM WAUGH,
LUCILLIE WAUGH-SMITH,
ALVIN WILSON,
JOAN WILSON,
JOHN WILSON, SR.,
NORMA WRIGHT,
NORMA YATES,
CHARLOTTE ZUFELT,

        Plaintiffs,

v.

| | |
|---|---|
| UNION CARBIDE CORPORATION, a New York corporation, and <br> UMETCO MINERALS CORPORATION, a Delaware corporation, | Daniel Dunn <br> Joel Blanchet <br> Michael Foradas |

        Defendants

## COURTROOM MINUTES

HEARING:    Status / Case Management Conference.

**9:22 a.m.**    **Court in session.**

Plaintiffs' counsel J. Douglas McCalla, Roy Jacobson, Jr., J. Mark Englehart and Rebecca Lorenz are present.

Defendants' counsel Daniel Dunn, Joel Blanchet, Michael Fortis and in house counsel for Union Carbide Corporation Lynn Looby are present.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**    Defendant's Motion for Summary Judgment on Plaintiff's Personal Injury Claim **(Doc. #136)** is **GRANTED.**

**ORDER:**    Defendant's Motion for Summary Judgment on Claim for Medical Monitoring **(Doc. #131)** was treated by the Court as a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(1) and is **GRANTED.** This disposes of all of the claims in this case and the Court directs that the case be closed.

**10:39 a.m.**    **Court in recess.**

**Total Time:    1 hour 17 minutes.**
**Hearing concluded.**