IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00123-MSK-MJW

GARY JUNE,
SCOTT JUNE, individually and on behalf of the deceased, YVONNE JUNE,
GENE LYNN, individually and on behalf of the deceased, LUCILLE LYNN,
ALVA FORD, on behalf of the deceased, PHYLLIS WEYANT,
RANDY PORTER,
BARBARA MEYERS, on behalf of the deceased, MINNIE DALE WOODS,
ROBERT SNOW,
PHYLLIS WILMA DAVIS,
JOSEPH VIGIL,
E. LOUISE WATTS,
JUNELLE WEATHERLY,
ISABELLE WOODEN,
CHERIE ZUSPAN,
DAISY ARNOLD,
BEVERLY BATES,
VALERIE BOGDAN,
JUNE ARGUELLO,
BETTY JANE MCBRIDE,
LAURA O'BRIEN,
OPAL GARCIA,
EMMA HANSEN,
LA VONNE O'BRIEN,
STEPHEN PLACE,
MARY ANN ROMERO,
FRANK SHARP,
LESLIE HENDRICKS,
CHRIS HOLLINGSHEAD,
GILDA HOLLINGSHEAD,
LAURA HUGHES,
ANNE LEMELLE,
ROBIN SEELEY,
SUSANN STEELE,
MICHELLE THOMSON,
PHYLLIS TORIBIO,
BETTY WHITE,
LONZO YARDLEY,
CRYSTAL BARELA,
GLENNA MCCLAIN,
LISA BACA,

DEBRA BLACK,
EMMA CHAMBERLAIN,
PANSY CISNEROS,
ROSE CLEMENT,
LISA CORTES,
SUSAN DOLLARHYDE,
MARTHA LINDSAY,
AUDI LOEHR,
JOAN LONG,
CASEY LONG,
THOMAS LYNN,
NANCY MINGAS,
ROBIN ABRAMSON FOREST,
LINDA GARDNER,
PAM HASKELL,
MARK SALAZAR,
ROBERTA SALAZAR,
BEN SANCHEZ,
LORI SELGADO,
WILLIAM SHARP,
GEORGE SHARP,
JOHN SHARP,
KIRK SHARP,
BRENDA SMITH,
GWENDA GONZALEZ,
CRAIG LONG,
CYNTHIA STARKEY,
DEANNA ADDLEMAN,
SHERRY ALBERTS,
IRIS ALLRED,
LESLIE AMENT,
MARLENE BALL,
DONNA BELDEN,
WALLACE BELDEN,
KENNETH BELDEN,
KEITH BELDEN,
BARBARA BERCUME,
JUDY BLACK,
DOROTHY BLAKE,
GUYE BLOOD,
JERRY BLOOD,
THOMAS BLOOD,
LORNA BOWERSOX,

MADGE BOWERSOX,
CAROLEE BURNETT,
RICHARD BURNETT,
GENE CAMPBELL,
ANNE MARIE CHADD,
ALEXIS CLARK,
MARY ELIZABETH CLARK,
TERRY COPE,
PHILIP CRESPIN,
THERESA CURTIS,
IRENE CUTCHINS,
CYNTHIA DAVID,
PAULETTE DAVIS,
LYNDA DWORNIK,
JUNE EASTERLY,
EVA ELLIOTT,
CHRISTOPHER FOSTER,
COLT FREEMAN,
GEORGIA FREEMAN,
BRETT FREEMAN,
VICTOR FRONK,
SARA GILLILIN,
MICHAEL HALL,
MARIE HALL,
IRIS HARVEY,
NINA FAYE HASKELL,
JUDITH HEARN,
CONNIE HECHT,
MARJORIE HECHT,
BARBARA HECHT,
SHARON HOISINGTON,
GERALDINE HOLLINGSHEAD,
KAREN HOLMAN,
KENNETH JOHNSON,
BEVERLY JOSLIN,
CHRISTINE KEENER,
BETTY KIKER,
ROXANNA KREBS,
JONI LEE LEFLER,
LINDA LEWIS,
MARY ELLEN LOVE,
CAROL LOVOI,
MARY LOU LYNN,

CAROL LYNN,
DEBBIE MADDOX,
ILA MALONE,
TED MARTIN,
MARY MARTIN,
JOHN MARTINEZ,
SHERRIE MCDOWELL,
CLARE MCNEAL,
EDNA MERYHEW,
ALICE MOCKERMAN,
STEPHANIE MORROW,
KATHERINE NYGREN,
KENT NYGREN,
JAMES O'BRYANT,
SALLY ELAINE OLIVER,
MARGARET ORNDOFF,
SHARON OSBORN,
TREASIA PFIFER,
BECKY PICTOR,
KENNY PRATTE,
MELVIN PRATTE,
EVA MAY PRATTE,
JUDY PROCTOR,
DOROTHY REED,
WANDA REED,
CAROL RICE,
THERESA RICHARDS,
LEAH ROBERTS,
BRYAN SALAZAR,
CATHERINE SALAZAR,
PATRICK SCHEETZ,
SHERYL SEELEY,
THORTHANE SHARP,
JODI SKEES,
DEBORAH SKILES,
FREDDIE SMITH,
VERNON SMITH,
MARGARET SNYDER,
STEPHANIE TATUM,
SHARON THOMPSON,
KARA TOOKER,
CHAR LEE BELLE UNGER,
MARY JANE VIA,

JIM WAUGH,
LUCILLIE WAUGH-SMITH,
ALVIN WILSON,
JOAN WILSON,
JOHN WILSON, SR.,
NORMA WRIGHT,
NORMA YATES,
CHARLOTTE ZUFELT,

    Plaintiffs,

v.

UNION CARBIDE CORPORATION, a New York corporation, AND
UMETCO MINERALS CORPORATION, a Delaware corporation,

    Defendants.

## ORDER DISMISSING CLAIMS AND
## DIRECTING CLERK OF COURT TO CLOSE CASE

Pursuant to the Court's Oral Ruling issued March 27, 2006, incorporated by reference herein,

**IT IS ORDERED** that:

(1)     The Group 1 Plaintiffs' claims of negligence, absolute or strict liability, fraudulent concealment, absolute liability pursuant to statute, and intentional infliction of emotional distress are **DISMISSED**, with prejudice.

(2)     The medical monitoring claims of the Group 1 and Group 2 Plaintiffs are **DISMISSED** for lack of subject matter jurisdiction.

(3)     The Court declines to exercise supplemental jurisdiction over any remaining state law claims.

(4)     Based upon this Oral Ruling and prior rulings of the Court which have disposed of

all claims by all Plaintiffs, the Clerk of Court is directed to close this case.

Dated this 27th day of March, 2007

                                          **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                          Marcia S. Krieger
                                          United States District Judge